# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 3, 2022

---

## NO. 03-21-00108-CV

---

**Luminant Energy Company LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

---

**ON DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS**
**PROJECT NO. 51812**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

---

This is a direct appeal from project number 51812 of the Public Utility Commission of Texas. Luminant Energy Company LLC has filed an unopposed joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal.